# SMITH KATZENSTEIN JENKINS LLP

*July 10, 2018*

*By ECF only*

The Honorable Gregory M. Sleet
U.S. District Court
District of Delaware
844 N. King Street, Unit 19
Wilmington, DE 19801-3569

**Re:   *IOENGINE, LLC v. PayPal Holdings, Inc.***
***C.A. No. 18-452-GMS***

Dear Judge Sleet:

Enclosed is the (Proposed) Scheduling Order for this matter.  The parties filed their Joint Status Report on July 5, 2018 (D.I. 15).

Respectfully,

*/s/ Neal C. Belgam*

Neal C. Belgam (No. 2721)

NCB/jml

Enclosure

cc:   Clerk of the Court (via CM/ECF)
      All Counsel of Record (via CM/ECF)