IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IOENGINE, LLC,<br>  *Plaintiff,*<br><br>v.<br><br>PAYPAL HOLDINGS, INC.,<br>  *Defendant.* | C.A. No. 18-452-WCB<br><br>JURY TRIAL DEMANDED |
| INGENICO INC.,<br>  *Plaintiff,*<br><br>v.<br><br>IOENGINE, LLC,<br>  *Defendant.* | C.A. No. 18-826-WCB |
| IOENGINE, LLC,<br>  *Counterclaim Plaintiff,*<br><br>v.<br><br>INGENICO INC., INGENICO CORP., and INGENICO GROUP SA,<br>  *Counterclaim Defendants.* | |

**IOENGINE'S MOTION REQUESTING ISSUANCE OF
LETTERS OF REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE
<u>PURSUANT TO THE HAGUE EVIDENCE CONVENTION</u>**

  IOENGINE, LLC, by and through its undersigned attorneys, respectfully request that the

Court issue a letter of request for international judicial assistance in each of the above captioned

cases, attached hereto, pursuant to Article I of the Hague Convention of 18 March 1970 on the

Taking of Evidence Abroad in Civil or Commercial Matters, and Rules 26 and 28 of the Federal Rule of Civil Procedure.

The grounds for this request are set forth in IOENGINE's brief, filed herewith.

Dated:  July 12, 2021

OF COUNSEL:

Noah M. Leibowitz
Gregory T. Chuebon
DECHERT LLP
1095 Avenue of the Americas
New York, NY 10036
(212) 698-3500
noah.leibowitz@dechert.com
greg.chuebon@dechert.com

Derek J. Brader
DECHERT LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104
(215) 994-4000
derek.brader@dechert.com

Michael J. Joshi
DECHERT LLP
3000 El Camino Real
Five Palo Alto Square, Suite 650
Palo Alto, CA 94306
(650) 813-4800
michael.joshi@dechert.com

SMITH, KATZENSTEIN & JENKINS LLP

/s/ Eve H. Ormerod
Neal C. Belgam (No. 2721)
Eve H. Ormerod (No. 5369)
1000 West Street, Suite 1501
Wilmington, DE 19801
(302) 652-8400
nbelgam@skjlaw.com
eormerod@skjlaw.com

*Attorneys for IOENGINE, LLC*