# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IOENGINE, LLC,<br>    *Plaintiff,*<br><br>v.<br><br>PAYPAL HOLDINGS, INC.,<br>    *Defendant.* | C.A. No. 18-452-WCB<br><br><br><br>JURY TRIAL DEMANDED |
| INGENICO INC.,<br><br>    *Plaintiff,*<br><br>v.<br><br>IOENGINE, LLC,<br><br>    *Defendant.* | <br><br><br><br>C.A. No. 18-826-WCB |
| IOENGINE, LLC,<br><br>    *Counterclaim Plaintiff,*<br><br>v.<br><br>INGENICO INC., INGENICO CORP., and INGENICO GROUP SA,<br><br>    *Counterclaim Defendants.* | |

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1.1

Pursuant to D. Del. L.R. 7.1.1, counsel for IOENGINE LLC certify that they have made reasonable efforts to reach agreement with PayPal Holdings, Inc. ("PayPal") and Ingenico Inc., Ingenico Corp. and Ingenico Group S.A. (together, "Ingenico") with respect to IOENGINE's Motion Requesting Issuance of a Letter of Request for International Judicial Assistance Pursuant to the Hague Evidence Convention (the "Motion"). Counsel for PayPal has stated that PayPal

3

will not oppose the Motion. Counsel for Ingenico has stated that Ingenico will not oppose the Motion.

Dated: July 12, 2021

|  |  |
|---|---|
| OF COUNSEL: | SMITH, KATZENSTEIN & JENKINS LLP |

|  |  |
|---|---|
|  | */s/ Eve H. Ormerod* |
|  | Neal C. Belgam (No. 2721) |
| Noah M. Leibowitz | Eve H. Ormerod (No. 5369) |
| Gregory T. Chuebon | 1000 West Street, Suite 1501 |
| DECHERT LLP | Wilmington, DE 19801 |
| 1095 Avenue of the Americas | (302) 652-8400 |
| New York, NY 10036 | nbelgam@skjlaw.com |
| (212) 698-3500 | eormerod@skjlaw.com |
| noah.leibowitz@dechert.com |  |
| greg.chuebon@dechert.com | *Attorneys for IOENGINE, LLC* |

Derek J. Brader
DECHERT LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104
(215) 994-4000
derek.brader@dechert.com

Michael J. Joshi
DECHERT LLP
3000 El Camino Real
Five Palo Alto Square, Suite 650
Palo Alto, CA 94306
(650) 813-4800
michael.joshi@dechert.com