# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IOENGINE, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 18-452 WCB |
| v. | ) |
| | ) JURY TRIAL DEMANDED |
| PAYPAL HOLDINGS, INC., | ) |
| | ) |
| Defendant. | ) |
| | ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on November 19, 2021, true and correct copies of 1) the Expert Report of Dr. Aviel D. Rubin, Ph.D. and 2) the Expert Report of Jeffrey A. Stec, Ph.D. were served on the following counsel via email:

Jack B. Blumenfeld
Brian P. Egan
**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**
1201 North Market Street, Suite 1800
Wilmington, DE 19801
(302) 658-9200
jblumenfeld@morrisnichols.com
began@morrisnichols.com

Dated: November 22, 2021

SMITH, KATZENSTEIN & JENKINS LLP

*/s Eve H. Ormerod*
Neal C. Belgam (No. 2721)
Eve H. Ormerod (No. 5369)
1000 West Street, Suite 1501
Wilmington, DE 19801
(302) 652-8400
nbelgam@skjlaw.com
eormerod@skjlaw.com

*Attorneys for IOENGINE, LLC*