## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IOENGINE, LLC<br><br>    Plaintiff/Counterclaim Defendant,<br><br>v.<br><br>PAYPAL HOLDINGS, INC.,<br><br>    Defendant/Counterclaim Plaintiff. | C.A. No. 18-452-WCB |
| INGENICO INC.,<br><br>    Plaintiff,<br><br>v.<br><br>IOENGINE, LLC,<br><br>    Defendant. | C.A. No. 18-826-WCB<br><br>JURY TRIAL DEMANDED |
| IOENGINE, LLC,<br><br>    Counterclaim Plaintiff,<br><br>v.<br><br>INGENICO, INC., INGENICO CORP., and INGENICO GROUP S.A.,<br><br>    Counterclaim Defendants. | |

**<u>IOENGINE, LLC'S OBJECTIONS TO PAYPAL'S ADDITIONAL EXHIBITS LIST AND ADDITIONAL DEPOSITION DESIGNATIONS FOR THE APRIL 6, 2022 EVIDENTIARY HEARING ON PAYPAL'S MOTION FOR SPOLIATION SANCTIONS</u>**

IOENGINE, LLC ("IOENGINE") hereby provides its objections to PayPal's March 29, 2022 lists of witnesses, additional exhibits, and additional deposition designations for the April 6, 2022 evidentiary hearing on Defendant PayPal Holdings, Inc.'s ("PayPal's") Motion for Spoliation Sanctions.

## IOENGINE'S OBJECTIONS TO PAYPAL'S ADDITIONAL EXHIBITS

| PayPal's Additional Exhibits | IOENGINE's Objections |
|---|---|
| Ex. No 48: March 22, 2021 Chuebon Production Correspondence and Production Metadata File | Improper characterization; lack of a proper foundation |
| Ex. No. 49: April 6, 2021 Chuebon Production Correspondence and Production Metadata File | Improper characterization; lack of a proper foundation |

## IOENGINE'S OBJECTIONS TO PAYPAL'S ADDITIONAL DEPOSITION DESIGNATIONS

| PayPal's Additional Deposition Designations | IOENGINE's Objections |
|---|---|
| Scott McNulty, Rule 30(b)(6) Deposition taken October 7, 2021, at 138:3-139:3, 143:4-144:15 | IOENGINE objects to PayPal's designation of testimony of Mr. Scott McNulty by deposition. PayPal has designated Mr. McNulty as a live witness for the April 6, 2022 evidentiary hearing before this Court, and Mr. McNulty will appear as a live witness on that date. PayPal's parallel designation of Mr. McNulty as a witness by deposition testimony constitutes hearsay under Fed. R. Evid. 802 and is an improper use of impeachment pursuant to Fed. R. Evid. 801 and 802. |

Dated: April 1, 2022

OF COUNSEL:

Noah M. Leibowitz
Gregory T. Chuebon
DECHERT LLP
1095 Avenue of the Americas
New York, NY 10036
(212) 698-3500
noah.leibowitz@dechert.com
greg.chuebon@dechert.com

SMITH, KATZENSTEIN & JENKINS, LLP

*/s/ Eve H. Ormerod*
Neal C. Belgam (No. 2721)
Eve H. Ormerod (No. 5369)
1000 West Street, Suite 1501
Wilmington, DE 19801
(302) 652-8400
nbelgam@skjlaw.com
eormerod@skjlaw.com

*Attorneys for IOENGINE, LLC*