IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IOENGINE, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 18-452 (WCB |
| | ) | |
| PAYPAL HOLDINGS, INC., | ) | PUBLIC VERSION |
| | ) | Confidential Version Filed: March 30, 2022 |
| Defendant. | ) | Public Version Filed: April 8, 2022 |

**PAYPAL'S WITNESS LIST, ADDITIONAL EXHIBITS LIST, AND ADDITIONAL DEPOSITION DESIGNATIONS FOR THE APRIL 6 EVIDENTIARY HEARING ON PAYPAL'S MOTION FOR SPOLIATION SANCTIONS**

Pursuant to the Court's Order regarding the April 6, 2022 evidentiary hearing on Defendant PayPal Holdings, Inc.'s ("PayPal's") motion for spoliation sanctions, D.I. 414, PayPal hereby provides its lists of witnesses, additional exhibits, and additional deposition designations for the evidentiary hearing.

### PAYPAL'S WITNESS LIST

PayPal will call Mr. Scott McNulty as an adverse witness.

### PAYPAL'S LIST OF ADDITIONAL EXHIBITS

In addition to the exhibits the parties submitted in connection with PayPal's Motion for Spoliation Sanctions, D.I. 366, PayPal designates the following additional exhibits for use at the April 6 hearing.

| Exhibit No. | Description |
|---|---|
| 48. | March 22, 2021 Chuebon Production Correspondence and Production Metadata File |
| 49. | April 6, 2021 Chuebon Production Correspondence and Production Metadata File |

Copies of these additional exhibits are being submitted herewith.

## PAYPAL'S ADDITIONAL DEPOSITION DESIGNATIONS

PayPal provides the following list of additional deposition designations to be played by video in Court.

| SCOTT MCNULTY (Rule 30(b)(6) Deposition taken October 7, 2021) |
| --- |
| 138:3-139:3 |
| 143:4-144:15 |

Portions of the deposition transcript containing these additional deposition designations are being submitted herewith (Attachment A).

PayPal reserves the right to supplement, revise, clarify, withdraw, or otherwise amend these designations and to provide counter-designations and objections to any deposition designations that IOENGINE provides.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Brian P. Egan*

OF COUNSEL:

Jared Bobrow
Travis Jensen
Jacob M. Heath
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA  94025-1015
(650) 614-7400

Alyssa Caridis
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA  90017
(213) 612-2372

March 30, 2022

Jack B. Blumenfeld (#1014)
Brian P. Egan (#6227)
1201 North Market Street, Suite 1800
Wilmington, DE  19801
(302) 658-9200
jblumenfeld@morrisnichols.com
began@morrisnichols.com

*Attorneys for Defendant PayPal Holdings, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on March 25, 2022, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on March 25, 2022, upon the following in the manner indicated:

| | |
|---|---|
| Neal C. Belgam, Esquire<br>Eve H. Ormerod, Esquire<br>SMITH, KATZENSTEIN & JENKINS, LLP<br>1000 West Street, Suite 1501<br>Wilmington, DE  19801<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Noah M. Leibowitz, Esquire<br>Gregory T. Chuebon, Esquire<br>DECHERT LLP<br>Three Bryant Park<br>1095 Avenue of the Americas<br>New York, NY  10036-6797<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Derek J. Brader, Esquire<br>Luke M. Reilly, Esquire<br>Michael A. Fisher, Esquire<br>Judah Bellin, Esquire<br>DECHERT LLP<br>Cira Centre<br>2929 Arch Street<br>Philadelphia, PA  19104-2808<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |

Michael H. Joshi, Esquire                                           *VIA ELECTRONIC MAIL*
DECHERT LLP
3000 El Camino Real
Five Palo Alto Square, Suite 650
Palo Alto, CA  94306
*Attorneys for Plaintiff*

                                                  */s/ Brian P. Egan*

                                                  Brian P. Egan (#6227)