IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IOENGINE, LLC, ) <br> ) <br>        Plaintiff, ) <br> ) <br>    v. ) <br> ) <br> PAYPAL HOLDINGS, INC., ) <br> ) <br>        Defendant. ) | C.A. No. 18-452 (WCB) <br><br> PUBLIC VERSION <br><br> Confidential Version Filed: April 1, 2022 <br> Public Version Filed: April 8, 2022 |

**PAYPAL'S OBJECTIONS AND COUNTER-DESIGNATIONS TO IOENGINE'S DEPOSITION DESIGNATIONS FOR THE APRIL 6 EVIDENTIARY HEARING ON PAYPAL'S MOTION FOR SPOLIATION SANCTIONS**

Pursuant to the Court's Order regarding the April 6, 2022 evidentiary hearing on Defendant PayPal Holdings, Inc.'s ("PayPal's") motion for spoliation sanctions, D.I. 414, PayPal hereby provides its objections and counter-designations to IOENGINE, LLC's ("IOENGINE's") deposition designations for the evidentiary hearing.

**OBJECTIONS TO IOENGINE'S DEPOSITION DESIGNATIONS**

PayPal objects to IOENGINE's designations of the deposition of Dr. Vijay Madisetti taken November 9, 2016 in *IOENGINE, LLC v. Interactive Media Corp.*, No. 14-1571 GMS (D. Del.), and *IOENGINE, LLC v. Imation Corp.*, No. 14-1572 GMS (D. Del.). PayPal was not a party to either lawsuit. No party to those lawsuits was a predecessor-in-interest to PayPal. PayPal was neither present nor represented at the deposition, and PayPal had no reasonable notice of the deposition. Therefore, the deposition does not meet the requirements for use set out in Federal Rule of Civil Procedure 32(a)(1) or 32(a)(8) and the deposition cannot be designated for use at the evidentiary hearing in this case.

**PAYPAL'S COUNTER-DESIGNATIONS**

PayPal provides the following list of counter-designations to be played by video in Court.

| EDWIN CARLSON (Deposition taken August 9, 2021) ||
|---|---|
| **IOENGINE'S Initial Designations** | **PayPal's Counter-Designations** |
| <ul><li>28:6-21</li><li>29:2-4</li><li>29:10-19</li><li>42:6-14</li><li>42:25-43:6</li><li>43:15-20</li><li>43:25-44:1</li><li>46:12-17</li><li>48:5-25</li><li>49:23-50:6</li><li>50:22-51:2</li></ul> | <ul><li>27:20-28:3</li><li>28:22-29:1</li><li>29:5-9</li><li>34:16-35:16</li><li>43:12-14</li><li>44:21-45:6</li><li>50:12-21</li><li>51:13-52:6</li><li>52:7-23</li></ul> |
| **LORI MCNULTY (Deposition taken October 15, 2021)** ||
| **IOENGINE'S Initial Designations** | **PayPal's Counter-Designations** |
| <ul><li>48:24-49:4</li><li>49:10-50:10</li><li>50:16-21</li><li>51:6-14</li><li>52:3-53:7</li><li>55:2-56:2</li><li>57:2-58:6</li><li>60:5-62:9</li><li>63:14-23</li><li>64:23-65:22</li></ul> | <ul><li>49:5-9</li><li>50:11-15</li><li>50:22-51:5</li><li>51:15-52:2</li><li>56:5-25</li><li>Scott McNulty (30(b)(1) Deposition taken October 8, 2021): 280:8-281:7</li></ul> |

Portions of the deposition transcripts containing these counter-designations are being submitted herewith.

PayPal reserves the right to supplement, revise, clarify, withdraw, or otherwise amend these counter-designations.


| | |
|---|---|
| | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| | */s/ Brian P. Egan* |
| OF COUNSEL: | Jack B. Blumenfeld (#1014) |
| | Brian P. Egan (#6227) |
| Jared Bobrow | 1201 North Market Street, Suite 1800 |
| Travis Jensen | Wilmington, DE  19801 |
| Jacob M. Heath | (302) 658-9200 |
| ORRICK, HERRINGTON & SUTCLIFFE LLP | jblumenfeld@morrisnichols.com |
| 1000 Marsh Road | began@morrisnichols.com |
| Menlo Park, CA  94025-1015 | |
| (650) 614-7400 | *Attorneys for Defendant PayPal Holdings, Inc.* |
| | |
| Alyssa Caridis | |
| ORRICK, HERRINGTON & SUTCLIFFE LLP | |
| 777 South Figueroa Street, Suite 3200 | |
| Los Angeles, CA  90017 | |
| (213) 612-2372 | |
| | |
| April 1, 2022 | |

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 1, 2022, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on April 1, 2022, upon the following in the manner indicated:

| | |
|---|---|
| Neal C. Belgam, Esquire<br>Eve H. Ormerod, Esquire<br>SMITH, KATZENSTEIN & JENKINS, LLP<br>1000 West Street, Suite 1501<br>Wilmington, DE  19801<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Noah M. Leibowitz, Esquire<br>Gregory T. Chuebon, Esquire<br>DECHERT LLP<br>Three Bryant Park<br>1095 Avenue of the Americas<br>New York, NY  10036-6797<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Derek J. Brader, Esquire<br>Luke M. Reilly, Esquire<br>Michael A. Fisher, Esquire<br>Judah Bellin, Esquire<br>DECHERT LLP<br>Cira Centre<br>2929 Arch Street<br>Philadelphia, PA  19104-2808<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |

Michael H. Joshi, Esquire　　　　　　　　　　　　　　　　　　　　　　　*VIA ELECTRONIC MAIL*
DECHERT LLP
3000 El Camino Real
Five Palo Alto Square, Suite 650
Palo Alto, CA  94306
*Attorneys for Plaintiff*

　　　　　　　　　　　　　　　　　　　　*/s/ Brian P. Egan*
　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Brian P. Egan (#6227)

2