# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IOENGINE, LLC, § <br>     *Plaintiff/Counterclaim Defendant,* § <br> § <br> v. § <br> § <br> PAYPAL HOLDINGS, INC., § <br>     *Defendant/Counterclaim Plaintiff.* § | C.A. No. 18-452-WCB <br><br> JURY TRIAL DEMANDED |
| INGENICO INC., § <br>     *Plaintiff,* § <br> § <br> v. § <br> § <br> IOENGINE, LLC, § <br>     *Defendant,* § | C.A. No. 18-826-WCB <br><br> JURY TRIAL DEMANDED |
| IOENGINE, LLC, § <br>     *Counterclaim Plaintiff,* § <br> v. § <br> § <br> INGENICO INC., INGENICO CORP., and § <br> INGENICO GROUP SA, § <br>     *Counterclaim Defendants.* § | |

### IOENGINE, LLC'S MOTION IN LIMINE TO PRECLUDE RELIANCE ON THE WESTERN DIGITAL BUSINESS RECORDS CERTIFICATION

IOENGINE, LLC ("IOENGINE"), by and through its attorneys, respectfully moves this Court for a motion *in limine* to preclude reliance on the Western Digital business records certification. The grounds for this motion are more fully set forth in the opening brief in support of IOENGINE's motion *in limine*, which is filed concurrently herewith.

| | |
|---|---|
| Dated: June 13, 2022 | SMITH, KATZENSTEIN & JENKINS LLP |
| OF COUNSEL: | */s/ Eve H. Ormerod*<br>Neal C. Belgam (No. 2721)<br>Eve H. Ormerod (No. 5369)<br>1000 West Street, Suite 1501<br>Wilmington, DE 19801<br>(302) 652-8400<br>nbelgam@skjlaw.com<br>eormerod@skjlaw.com |
| Noah M. Leibowitz<br>Gregory T. Chuebon<br>DECHERT LLP<br>1095 Avenue of the Americas<br>New York, NY 10036<br>(212) 698-3500<br>noah.leibowitz@dechert.com<br>greg.chuebon@dechert.com | *Counsel for IOENGINE, LLC* |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IOENGINE, LLC, § <br> *Plaintiff/Counterclaim Defendant,* § <br> § <br> v. § <br> § <br> PAYPAL HOLDINGS, INC., § <br> *Defendant/Counterclaim Plaintiff.* § <br> § | C.A. No. 18-452-WCB <br><br> JURY TRIAL DEMANDED |
| INGENICO INC., § <br> *Plaintiff,* § <br> § <br> v. § <br> § <br> IOENGINE, LLC, § <br> *Defendant,* § <br> § <br> IOENGINE, LLC, § <br> *Counterclaim Plaintiff,* § <br> v. § <br> § <br> INGENICO INC., INGENICO CORP., and § <br> INGENICO GROUP SA, § <br> *Counterclaim Defendants.* § <br> § | C.A. No. 18-826-WCB <br><br> JURY TRIAL DEMANDED |

**[PROPOSED] ORDER**

IT IS HEREBY ORDERED, that, having reviewed the Parties' submissions and arguments, IOENGINE, LLC's Motion *in Limine* To Preclude Reliance on the Western Digital Business Records Certification is GRANTED.

SO ORDERED this _____ day of _____, 2022.

_____
United States District Court Judge