# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IOENGINE, LLC, <br><br> Plaintiff, <br><br> v. <br><br> PAYPAL HOLDINGS, INC., <br><br> Defendant. | C.A. No. 18-452-WCB |

## NOTICE OF APPEARANCE

Please enter the appearance of attorney Daniel A. Taylor of Smith, Katzenstein & Jenkins LLP on behalf of Plaintiff IOENGINE, LLC in the above-captioned matter.

Dated: June 6, 2025

**SMITH KATZENSTEIN & JENKINS LLP**

<u>*/s/ Daniel A. Taylor*</u>
Neal C. Belgam (No. 2721)
Daniel A. Taylor (No. 6934)
1000 West Street, Suite 1501
Wilmington, DE 19801
(302) 652-8400
nbelgam@skjlaw.com
dtaylor@skjlaw.com

*Attorneys for Plaintiff IOENGINE LLC*