EXHIBIT 1

# EXHIBIT 1—CLAIM LISTING

| Identifier | Claim Language | Status |
|---|---|---|
| **'969 Patent** | | |
| 1[pre] | A portable device configured to communicate with a terminal comprising a processor, an input component, an output component, a network communication interface, and a memory configured to store executable program code, including first program code which, when executed by the terminal processor, is configured to present an interactive user interface on the terminal output component, and second program code which, when executed by the terminal processor, is configured to provide a communications node on the terminal to facilitate communications to the portable device and to a communications network node through the terminal network communication interface, the portable device comprising: | **Invalid per Ingenico verdict** |
| 1[a] | (a) an external communication interface configured to enable the transmission of communications between the portable device and the terminal; | **Invalid per Ingenico verdict** |
| 1[b] | (b) a processor; and | **Invalid per Ingenico verdict** |
| 1[c] | (c) a memory having executable program code stored thereon, including: | **Invalid per Ingenico verdict** |
| 1[c][i] | (1) third program code which, when executed by the portable device processor, is configured to provide a communications node on the portable device to coordinate with the communications node on the terminal and establish a communications link between the portable device and the terminal, and facilitate communications to the terminal and to a communications network node through the terminal network communication interface; and | **Invalid per Ingenico verdict** |
| 1[c][ii] | (2) fourth program code which is configured to be executed by the portable device processor in response to a communication received by the portable device resulting from user interaction with the interactive user interface; | **Invalid per Ingenico verdict** |

| Identifier | Claim Language | Status |
|---|---|---|
| 1[d] | wherein the portable device is configured to facilitate communications through the communication node on the terminal and the terminal network interface to a communications network node. | **Invalid per Ingenico verdict** |
| 2. | The portable device according to claim 1, wherein the fourth program code which, when executed by the portable device processor, is configured to cause a communication to be transmitted to the communication network node. | **Invalid per Ingenico verdict** |
| 4. | The portable device according to claim 2, wherein the communication caused to be transmitted to the communication network node *facilitates the transmission of encrypted communications from the communication network node to the terminal*. | **IOENGINE wants to add** |
| **7.** | The portable device according to claim 2, wherein the communication network node comprises a database and the communication caused to be transmitted to the communication network node *facilitates the download of program code on the communication network node to the terminal*. | **IOENGINE wants to add** |
| 10. | The portable device according to claim 2, wherein the communication network node comprises a database and the communication caused to be transmitted to the communication network node facilitates *synchronizing content on the portable device with content on the communication network node database*. | **Currently asserted** |

| Identifier | Claim Language | Status |
|---|---|---|
| | **'703 Patent** | |
| 55[pre] | A method implemented on a portable device comprising a processor, a memory having executable program code stored thereon, and an external communication interface for enabling the transmission of a plurality of communications between the portable device and a terminal, the terminal comprising a processor, an input component, an output component, a network communication interface, and a memory configured to store executable program code, including first program code which, when executed by the terminal processor, is configured to affect the presentation of an interactive user interface by the terminal | **Invalid per Ingenico verdict** |

2

| Identifier | Claim Language | Status |
|---|---|---|
| | output component, and second program code which, when executed by the terminal processor, is configured to provide a communications node on the terminal to facilitate communications to the portable device and to a communications network node through the terminal network communication interface, the method comprising: | |
| 55[a] | (a) causing the terminal to execute the first program code to affect the presentation of an interactive user interface by the terminal output component; | **Invalid per Ingenico verdict** |
| 55[b] | (b) executing third program code stored on the portable device memory to provide a communications node on the portable device configured to coordinate with the communications node on the terminal and establish a communications link between the portable device and the terminal, and to facilitate communications to the terminal and to a communications network node through the terminal network communication interface; | **Invalid per Ingenico verdict** |
| 55[c] | (c) executing, in response to a communication received by the portable device resulting from user interaction with the interactive user interface, fourth program code stored on the portable device memory to cause a communication to be transmitted to a communications network node; and | **Invalid per Ingenico verdict** |
| 55[d] | (d) facilitating communications through the terminal network communication interface to a communications network node. | **Invalid per Ingenico verdict** |
| 61. | The method according to claim 55, wherein the step of executing fourth program code stored on the portable device memory causes a communication to be transmitted to the communications network node to *facilitate the download of program code from the communications network node to the terminal*. | **IOENGINE wants to add** |
| 62. | The method according to claim 55, wherein the step of executing fourth program code stored on the portable device memory causes a communication to be transmitted to the communications network node to *facilitate the download of program code from the communications network node to the portable device*. | **IOENGINE wants to add** |
| 104[pre] | A system implementing a terminal having a processor, an input component, an output component, a network communication interface, and a memory configured to store executable program code, including first program code which, when executed by the | **Invalid per Ingenico verdict** |

3

| Identifier | Claim Language | Status |
|---|---|---|
| | terminal processor, is configured to affect the presentation of an interactive user interface by the terminal output component, and second program code which, when executed by the terminal processor, is configured to provide a communications node on the terminal to facilitate communications to and from the terminal, the system comprising: | |
| 104[a] | (a) a communications network node; and | **Invalid per Ingenico verdict** |
| 104[b] | (b) a portable device comprising an external communication interface for enabling the transmission of a plurality of communications between the portable device and the terminal, a processor, and a memory, wherein the memory has executable program code stored thereon, the portable device configured to: | **Invalid per Ingenico verdict** |
| 104[b][i] | (1) cause the terminal to execute the first program code to affect the presentation of an interactive user interface by the terminal output component; | **Invalid per Ingenico verdict** |
| 104[b][ii] | (2) execute third program code stored on the portable device memory to provide a communications node on the portable device configured to coordinate with the communications node on the terminal and establish a communications link between the portable device and the terminal, and to facilitate communications to the terminal and to a communications network node through the terminal network communication interface; | **Invalid per Ingenico verdict** |
| 104[b][iii] | (3) execute fourth program code stored on the portable device memory in response to a communication received by the portable device resulting from user interaction with the interactive user interface to cause a communication to be transmitted to a communications network node; and | **Invalid per Ingenico verdict** |
| 104[b][iv] | (4) facilitate communications through the terminal network communication interface to a communications network node. | **Invalid per Ingenico verdict** |
| 110. | The system according to claim 104, wherein the portable device is configured to execute the fourth program code to cause a communication to be transmitted to the communications network node to *facilitate the download of program code from the communications network node to the terminal*. | **IOENGINE wants to add** |

4

| Identifier | Claim Language | Status |
|---|---|---|
| 111. | The system according to claim 104, wherein the portable device is configured to execute the fourth program code to cause a communication to be transmitted to the communications network node to *facilitate the download of program code from the communications network node to the portable device*. | **IOENGINE wants to add** |
| 114. | The system according to claim 104, wherein the portable device is configured to execute the fourth program code to cause a communication to be transmitted to the communications network node to facilitate *synchronizing content on the portable device with content on the communications network node*. | **Currently asserted** |

# EXHIBIT 2

**EXHIBIT 2—PAYPAL'S PROPOSED SCHEDULE**

| Event | Date |
|---|---|
| Responsive status conference briefs | June 20, 2025 |
| PayPal's opening summary judgment brief on preclusion re invalidity and noninfringement | 1-week after authorization |
| IOENGINE's summary judgment opposition brief | 2-weeks after opening brief |
| PayPal summary judgment reply brief | 1-week after opposition brief |
| Summary judgment hearing | At the Court's convenience |
| Deadline to depose IOENGINE experts on supp. reports | August 29, 2025 |
| PayPal's expert reports rebutting IOENGINE's supplemental reports | September 12, 2025 |
| Deadline to depose PayPal experts on rebuttal reports | September 19, 2025 |
| *Daubert* motions re supplemental reports | October 3, 2025 |
| *Daubert* opposition briefs | October 17, 2025 |
| *Daubert* reply briefs | October 24, 2025 |
| *Daubert* hearing | At the Court's convenience |
| Bench trial (if needed) on privity and PayPal's §101 defense | December __, 2025 |
| IOENGINE to serve proposed joint pre-trial order | January 14, 2026 |
| PayPal to serve proposed joint pre-trial order | February 5, 2026 |
| File joint pre-trial order | February 20, 2026 |
| Each party to file (i) proposed *voir dire* questions, (ii) proposed preliminary jury instructions, (iii) proposed final jury instructions, and (iv) a proposed verdict form | March 3, 2026 |
| Final pre-trial conference | March 6, 2026 |
| Jury trial | March 23, 2026[1] |
| Post-trial briefing | TBD |
| Inequitable conduct bench trial (if necessary) | TBD |

---

[1] PayPal's technical expert has international travel commitments and will be out of the country March 8-15.

1

# EXHIBIT 3

(12) **INTER PARTES REVIEW CERTIFICATE** (3753rd)
**United States Patent**　　(10) **Number:**　　**US 9,059,969 K1**
**McNulty**　　(45) **Certificate Issued:**　　**Oct. 10, 2024**

(54) **APPARATUS, METHOD AND SYSTEM FOR A TUNNELING CLIENT ACCESS POINT**

(71) Applicant: **Scott McNulty**

(72) Inventor: **Scott McNulty**

(73) Assignee: **IOENGINE, LLC**

**Trial Number:**

　　IPR2019-00879 filed Mar. 25, 2019

**Inter Partes Review Certificate for:**

　　Patent No.: **9,059,969**
　　Issued: **Jun. 16, 2015**
　　Appl. No.: **13/960,514**
　　Filed: **Aug. 6, 2013**

The results of IPR2019-00879 are reflected in this inter partes review certificate under 35 U.S.C. 318(b).

**INTER PARTES REVIEW CERTIFICATE**
**U.S. Patent 9,059,969 K1**
**Trial No. IPR2019-00879**
**Certificate Issued Oct. 10, 2024**

AS A RESULT OF THE INTER PARTES REVIEW PROCEEDING, IT HAS BEEN DETERMINED THAT:

Claims **3**, **4**, **7**, **10-12** and **26** are found patentable.

Claims **1**, **2**, **5**, **6**, **8**, **13-16**, **19-21**, **24**, **25** and **27-29** are cancelled.

\* \* \* \* \*

# EXHIBIT 4

(12) **INTER PARTES REVIEW CERTIFICATE** (3764th)
**United States Patent**   (10) **Number:**      **US 9,774,703 K1**
McNulty                    (45) **Certificate Issued:** **Oct. 15, 2024**

(54) **APPARATUS, METHOD AND SYSTEM FOR A TUNNELING CLIENT ACCESS POINT**

(71) Applicant: **Scott McNulty**

(72) Inventor: **Scott McNulty**

(73) Assignee: **IOENGINE, LLC**

**Trial Number:**

IPR2019-00929 filed Apr. 5, 2019

**Inter Partes Review Certificate for:**

Patent No.: **9,774,703**
Issued: **Sep. 26, 2017**
Appl. No.: **14/721,540**
Filed: **May 26, 2015**

The results of IPR2019-00929 are reflected in this inter partes review certificate under 35 U.S.C. 318(b).

**INTER PARTES REVIEW CERTIFICATE**
**U.S. Patent 9,774,703 K1**
**Trial No. IPR2019-00929**
**Certificate Issued Oct. 15, 2024**

AS A RESULT OF THE INTER PARTES REVIEW PROCEEDING, IT HAS BEEN DETERMINED THAT:

Claims **56**, **61**, **62**, **65**, **66**, **75**, **90**, **101**, **105**, **110**, **111**, **114**, **115** and **124** are found patentable.

Claims **55**, **57-60**, **63**, **67-72**, **74**, **77**, **78**, **81-87**, **89**, **92-98**, **100**, **103**, **104**, **106-109**, **112**, **116-121**, **123** and **126-129** are cancelled.

\* \* \* \* \*