# EXHIBIT 8

# UNREDACTED PUBLIC VERSION

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IOENGINE, LLC<br><br>    Plaintiff/Counterclaim Defendant,<br><br>v.<br><br>PAYPAL HOLDINGS, INC.,<br><br>    Defendant/Counterclaim Plaintiff. | REDACTED - PUBLIC VERSION<br><br>C.A. No. 18-452-WCB<br><br>JURY TRIAL DEMANDED |
| INGENICO INC.,<br><br>    Plaintiff,<br><br>v.<br><br>IOENGINE, LLC,<br><br>    Defendant. | REDACTED - PUBLIC VERSION<br><br>C.A. No. 18-826-WCB<br><br>JURY TRIAL DEMANDED |
| IOENGINE, LLC,<br><br>    Counterclaim Plaintiff,<br><br>v.<br><br>INGENICO, INC., INGENICO CORP., and INGENICO GROUP S.A.,<br><br>    Counterclaim Defendants. | |

**PAYPAL AND INGENICO'S OPENING BRIEF IN SUPPORT OF THEIR
MOTIONS FOR SUMMARY JUDGMENT AND DAUBERT MOTIONS**

Originally Filed:  February 18, 2022
Redacted Version Filed:  February 28, 2022

## WORD COUNT CERTIFICATION

The undersigned counsel hereby certifies that the foregoing document contains 12,500 words, which were counted by using the word count feature in Microsoft Word, in 12-point Times New Roman font. The word count includes only the body of the brief. The word count does not include the cover page, tables of contents and authorities, or the counsel blocks.

/s/ *Brian P. Egan*

Brian P. Egan (#6227)