IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IOENGINE, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 18-452 (WCB) |
| | ) | |
| PAYPAL HOLDINGS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**DECLARATION OF TRAVIS JENSEN IN SUPPORT OF PAYPAL'S RESPONSE TO IOENGINE'S SUBMISSION REGARDING REMAINING PRETRIAL PROCEEDINGS**

I, Travis Jensen, do hereby declare as follows:

1. I am an attorney with the law firm of Orrick, Herrington & Sutcliffe LLP, and counsel of record for Defendant PayPal Holdings, Inc. ("PayPal").

2. Attached to this declaration are true and accurate copies of the following documents, as cited in PayPal's Response to IOENGINE's Submission Regarding Remaining Pretrial Proceedings, filed contemporaneously herewith:

| Exhibit | Document |
|---|---|
| A | Plaintiff IOENGINE, LLC's Supplemental (Infringement Contentions) Claim Charts, dated November 4, 2020 |
| B | Excerpts from the deposition of Avi Rubin, taken on January 18, 2022 |
| C | *Ingenico Inc. v. IOENGINE, LLC*, IPR2019-00879, Paper 11 (PTAB July 16, 2019), Patent Owner Preliminary Response |
| D | Excerpts from PayPal's Supplemental Responses and Objections to IOENGINE'S Interrogatories Nos. 1-4, 6-7, 9, 11-13, 15-19, and 22-23 (Rog. 9), dated September 17, 2021 |

1

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 20th day of June, 2025.

                                                                 */s/ Travis Jensen*
                                                                 Travis Jensen

## CERTIFICATE OF SERVICE

I hereby certify that on June 20, 2025, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on June 20, 2025, upon the following in the manner indicated:

| | |
|---|---|
| Neal C. Belgam, Esquire<br>Daniel A. Taylor, Esquire<br>SMITH, KATZENSTEIN & JENKINS, LLP<br>1000 West Street, Suite 1501<br>Wilmington, DE 19801<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Noah M. Leibowitz, Esquire<br>Gregory T. Chuebon, Esquire<br>DECHERT LLP<br>Three Bryant Park<br>1095 Avenue of the Americas<br>New York, NY 10036-6797<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Luke M. Reilly, Esquire<br>Michael A. Fisher, Esquire<br>Judah Bellin, Esquire<br>DECHERT LLP<br>Cira Centre<br>2929 Arch Street<br>Philadelphia, PA 19104-2808<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Michael H. Joshi, Esquire<br>DECHERT LLP<br>3000 El Camino Real<br>Five Palo Alto Square, Suite 650<br>Palo Alto, CA 94306<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |

/s/ *Brian P. Egan*

Brian P. Egan (#6227)

1