# EXHIBIT B

```
                                                              Page 1
 1      CONFIDENTIAL - ATTORNEYS' EYES - AVI RUBIN

 2               UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF DELAWARE
 3

 4    --------------------------------------

 5   IOENGINE, LLC,

 6           Plaintiff/Counterclaim

 7           Defendant

 8   vs.                              Case No. 18-452-WCB

 9   PAYPAL HOLDINGS, INC.,

10           Defendant/Counterclaim

11           Plaintiff.

12   --------------------------------------

13

14                   January 18, 2022

15                   9:28 a.m. - 5:54 p.m.

16                   Bonita Springs, Florida

17   ** CONFIDENTIAL - ATTORNEY'S EYES ONLY - SOURCE CODE **

18

19          REMOTE VIDEOTAPE DEPOSITION OF

20                 AVIEL DAVID RUBIN

21         Taken on behalf of the Defendant/Counterclaim

22   Plaintiff before Michael J. D'Amato, RMR, Notary Public

23   in and for the State of Florida at Large, pursuant to

24   Notice of Taking Deposition in the above cause.

25   Job # 205077
```

```
                                                              Page 2
 1         CONFIDENTIAL - ATTORNEYS' EYES - AVI RUBIN

 2                      REMOTE APPEARANCES

 3                      _____

 4

 5   For the Plaintiff/Counterclaim Defendant:

 6

 7         DECHERT

 8         1095 Avenue of the Americas

 9         New York, NY 10036

10         BY: GREGORY CHUEBON, ESQ.

11             LUKE REILLY, ESQ.

12

13
     For the Defendant/Counterclaim Plaintiff:
14

15         ORRICK, HERRINGTON & SUTCLIFFE

16         1000 Marsh Road

17         Menlo Park, CA 94025

18         BY: JARED BOBROW, ESQ.

19

20         SUNSTEIN

21         100 High Street

22         Boston, MA 02110

23         BY: SHARONA STERNBERG, ESQ.

24             KERRY TIMBERS, ESQ.

25   ALSO PRESENT: PHILIP RIZZUTI, Videographer, TSG
```

```
 1          CONFIDENTIAL - ATTORNEYS' EYES - AVI RUBIN

 2                        I N D E X

 3   Witness              Direct    Cross    Redir.    Recross

 4   AVIEL D. RUBIN

 5      By Mr. Bobrow.......7.................212

 6      By Mr. Chuebon..............204..................213

 7

 8   Certificate of Oath....................216

 9   Certificate of Reporter................217

10   Errata sheet (to be forwarded upon execution).......218
```

Page 4

1       CONFIDENTIAL - ATTORNEYS' EYES - AVI RUBIN

2                  E X H I B I T   I N D E X

3    Rubin             Description                              Page

4    EXHIBIT 1 Avi Rubin's Vita............................24

5    EXHIBIT 2 Rubin Validity Report.......................29

6    EXHIBIT 3 Expert Report of Dr. Avi Rubin Re:

7    Validity of '969 and '703 patents....................30

8    EXHIBIT 4 Letter to Scott McNulty, Jul. 26, 2001,

9    Bates IOENGINE14306..................................42

10   EXHIBIT 5 U.S. Patent 9,774,703......................57

11   EXHIBIT 6 U.S. Patent 9,059,969......................62

12   EXHIBIT 7 Court's Claim Construction Order..........102

13   EXHIBIT 8 Patent Application Publication

14   U.S. 2003/0020813 A1................................112

15   EXHIBIT 9 Letter from MDRM to McNulty, Aug. 2003.....190

16

17

18

19

20

21

22

23

24

25

Page 5

1    CONFIDENTIAL - ATTORNEYS' EYES - AVI RUBIN

2          THE VIDEOGRAPHER: Good morning, counsel. My
3    name is Phil Rizzuti. I am a legal videographer in
4    association with TSG Reporting Inc. Due to the
5    severity of the COVID 19 and following the practice
6    of social distancing, I will not be in the same
7    room with the witness. Instead, I will record this
8    videotape deposition remotely. The reporter,
9    Michael D'Amato, also will not be in the same room
10   and will swear the witness remotely.
11         Do all parties stipulate to the validity of
12   this video recording and remote swearing and that
13   it will be admissible in the courtroom as if it had
14   been taken following Rule 30 of the Federal Rules
15   of Civil Procedure and the state's rules where this
16   case is pending?
17         MR. BOBROW: This is Jared Bobrow for PayPal.
18   Yes, we stipulate.
19         MR. CHUEBON: This is Greg Chuebon for
20   Ioengine, and yes, we do so stipulate for the
21   Ioengine V PayPal matter.
22         THE VIDEOGRAPHER: Thank you. This is the
23   start of media labeled No. 1 of the video recorded
24   deposition of Dr. Avi Rubin in the matter of
25   Ioengine LLC v. PayPal Holdings, Inc. in the United

Page 77

1       CONFIDENTIAL - ATTORNEYS' EYES - AVI RUBIN
2       Q.    You'd also agree that all of the claims
3    require a terminal, right?
4       A.    Yes.
5       Q.    And all of the claims require a communication
6    network node, correct?
7       A.    Yes, that is my recollection, yes.
8       Q.    One of the claims requires a communication
9    network node database, I believe that's the claim we
10   were looking at earlier, Claim 10 of the '969 patent.
11   In the context of the patents-in-suit what does a
12   database mean in that context?
13      A.    I would say it's the plain and ordinary
14   meaning of database.
15      Q.    And what is that plain and ordinary meaning in
16   your opinion?
17      A.    I would say it's data with some structure that
18   has the ability to be queried and searched and other
19   similar functions applied to it.
20      Q.    I heard "queried and searched" and then other
21   similar functions.  What other similar functions do you
22   have in mind beside querying and searching data that's
23   on the database?
24      A.    Well, you can add, insert into the database,
25   you can remove things from the database.  I guess those

Page 78

1         CONFIDENTIAL - ATTORNEYS' EYES - AVI RUBIN

2    would be -- you can update a field in a record on a

3    database.

4         Q.   So for the '969 patent and the database that's

5    claimed therein the database needs to be something that

6    can be queried, can be searched, can be added to in

7    terms of data, can be deleted to in terms of data and

8    for which records and fields can be updated, is that

9    right?

10             MR. CHUEBON:  Objection to form.

11        A.   It's saying that the data is structured in a

12   way that enables those operations.

13        Q.   And back in 2001 I take it the database is of

14   the type that you described as very common?

15             MR. CHUEBON:  Objection to form.

16        A.   So relational databases were common and they

17   had that format in 2001.

18        Q.   Oracle, for example was a company that

19   commercially sold databases, relational databases that

20   had the functions that you described, correct?

21             MR. CHUEBON:  Objection to form.

22        A.   They did.

23        Q.   And there were other companies, probably

24   Sybase or others, back in the 2001 time frame that also

25   provided relational databases of the type that you

Page 79

1      CONFIDENTIAL - ATTORNEYS' EYES - AVI RUBIN
2  described, correct?
3          MR. CHUEBON:  Objection to form.
4      A.   I haven't looked at Sybase but in general
5  those types of databases were common.
6      Q.   Mr. McNulty didn't invent a new database, did
7  he?
8          MR. CHUEBON:  Objection to form.
9      A.   He did not invent a new database technology.
10  He did invent a way in which data can be synchronized
11  to a database following the elements of the claim.
12      Q.   Just in terms of the database itself, that's
13  not something that he invented, correct?
14          MR. CHUEBON:  Objection to form.
15      A.   Databases existed before 2001.
16      Q.   Now, with respect to the asserted claims you
17  would agree with me that none of the asserted claims
18  require that any of the claimed communications be
19  encrypted, correct?
20      A.   Can we look at a specific claim?  I don't like
21  to answer something about all of them together.
22      Q.   Well let me ask, without looking at them, you
23  can't answer the question of whether they do or don't
24  require encryption?
25          MR. CHUEBON:  Objection to form.

Page 157

1     CONFIDENTIAL - ATTORNEYS' EYES - AVI RUBIN

2      Q.   Were you, have you heard of a standard called
3  DUKPT?
4      A.   Yes.
5      Q.   Were you involved in the development of the
6  DUKPT standard?
7      A.   I was not.
8      Q.   Are you familiar with the DUKPT standard?
9      A.   Yes.
10     Q.   That's a standard for encryption, is that
11 right?
12     A.   It's -- yes, it's a standard for key
13 management and encryption in order to prevent reuse of
14 keys when transactions are encrypted.
15     Q.   And the DUKPT standard had been developed and
16 published prior to 2001, is that right?
17          MR. CHUEBON:  Objection to form.
18     A.   I believe there have been multiple versions
19 and I'm not clear on what the dates are.
20     Q.   Was the first version of the standard, to your
21 knowledge, the DUKPT, available prior to 2001?
22          MR. CHUEBON:  Objection to form.
23     A.   I'm going to look in my report.  I'm going to
24 page 12 of my report.  I don't know the dates and it's
25 not -- I don't see it in my report so I would need to

Page 158

```
1         CONFIDENTIAL - ATTORNEYS' EYES - AVI RUBIN
2     look that up.
3         Q.   At all events, prior to 2001 there were
4     various encryption standards that had been developed
5     and adopted in commercial use, is that right?
6              MR. CHUEBON:  Objection to form.
7         A.   You're talking about encryption standards for
8     financial transactions?
9         Q.   For any transaction, when a communication --
10             MR. CHUEBON:  Objection.
11        Q.   Any communication between computers?
12             MR. CHUEBON:  Objection to form.
13        A.   So you are asking me if prior to 2001 there
14    were encryption standards for communications?
15        Q.   Correct.
16             MR. CHUEBON:  Objection to form.
17        Q.   I'm sorry.  Our connection isn't that great
18    right now.  Did you say yes?
19        A.   Sorry.  I said yes.
20        Q.   What encryption standards for communications
21    were you familiar with that predated 2001?
22             MR. CHUEBON:  Objection to form.
23        A.   Well, there was SSL and IPSEC, for example.
24        Q.   Any others that you were familiar with prior
25    to 2001?
```

Page 159

```
 1        CONFIDENTIAL - ATTORNEYS' EYES - AVI RUBIN
 2        A.   I'm sure there were, there were many that I'm
 3   familiar with.  Let's see.  The SSH protocol.
 4             THE VIDEOGRAPHER:  This is the videographer.
 5        It looks like the witness might have froze.
 6             MR. BOBROW:  I think that's right.
 7             THE VIDEOGRAPHER:  Do you want to go off the
 8        record, sir?
 9             MR. CHUEBON:  Dr. Rubin, can you hear us?
10             MR. BOBROW:  His computer is frozen.
11             THE VIDEOGRAPHER:  Let me go off.  The time is
12        3:41 p.m. and we're going off the record.
13             (Pause in the proceedings)
14             THE VIDEOGRAPHER:  The time is 3:44 p.m. and
15        we are back on the record.
16   BY MR. BOBROW:
17        Q.   All right.  Dr. Rubin, it seems we had some
18   network connectivity issues and so let's go back then
19   to the question I had asked you immediately before we
20   had the brief pause.
21             I had asked you the question of whether there
22   were other encryption standards that you were familiar
23   with before 2001 besides SSL and IPSEC and in your
24   response you mentioned the SSH protocol.  Are there any
25   other encryption standards that predate 2001 that you
```

```
                                                          Page 160
 1         CONFIDENTIAL - ATTORNEYS' EYES - AVI RUBIN
 2   are aware of?
 3        A.   Yes, I believe that there are.  I probably
 4   need to look at my lecture notes for my classes to kind
 5   of recall them right away, but I think there were
 6   various conferencing protocols, like H323 that had
 7   encryption capabilities.  And so no other specific ones
 8   are jumping into my head right now, but SSL and IPSEC
 9   were the primary ones.
10        Q.   And SSL and IPSEC were in common use prior to
11   2001, weren't they?
12             MR. CHUEBON:  Objection to form.
13        A.   Well, they were used for different purposes.
14   So IPSEC was used for things like corporate virtual
15   private networks or someone on a laptop remote.  I
16   wouldn't say it was commonly used by most people.  It
17   was used by kind of techies most often.
18             SSL is a protocol for securing web
19   communications, and so that one is more common.
20        Q.   And that one was more common prior to 2001,
21   correct?
22        A.   It was more common than IPSEC.
23        Q.   And back before 2001 did the basic Windows
24   operating systems support SSL as well as IPSEC?
25             MR. CHUEBON:  Objection to form.
```

Page 216

1        CONFIDENTIAL - ATTORNEYS' EYES - AVI RUBIN

2                       CERTIFICATE OF OATH

3

4

5    STATE OF FLORIDA    )
                                        SS
6    COUNTY OF PALM BEACH )

7

8            I, Michael J. D'Amato, Notary Public for the

9    State of Florida, certify that on the 18th day of

10   January 2022, AVIEL DAVID RUBIN personally appeared

11   before me and was duly sworn or affirmed.

12           WITNESS my hand and official seal this 25th day

13   of January 2022.

14

15                      _____

16                      Michael J. D'Amato
                        Notary Public - State of Florida
17                      My Commission # GG 960978
                        Expires: June 13, 2024

18

19

20

21

22

23

24

25

```
                                                                    Page 217
 1         CONFIDENTIAL - ATTORNEYS' EYES - AVI RUBIN

 2                    CERTIFICATE OF COURT REPORTER

 3         I, MICHAEL J. D'AMATO, a Registered Merit Reporter

 4    and Notary Public in and for the State of Florida at

 5    Large, do HEREBY CERTIFY that I was authorized to and

 6    did stenographically report the deposition of AVIEL DAVID

 7    RUBIN; that a review of the transcript was requested; and

 8    that the foregoing transcript, pages from 1 to 216, is a

 9    true and accurate record of my stenographic notes.

10         I FURTHER CERTIFY that I am not a relative,

11    employee, attorney, or counsel of any of the parties, nor

12    am I a relative or employee of any of the parties'

13    attorney or counsel connected with the action, nor am I

14    financially interested in the action.

15              Dated this 25th day of January 2022.

16                          [signature]

17                          _____
                            MICHAEL J. D'AMATO,
18                          Registered Merit Reporter

19

20

21

22

23

24

25
```