# EXHIBIT C

# UNREDACTED PUBLIC VERSION

```
 1                IN THE UNITED STATES DISTRICT COURT

 2                IN AND FOR THE DISTRICT OF DELAWARE

 3                              - - -

    INGENICO INC.,
 4                                    :    CIVIL ACTION
              Plaintiff,              :
 5    v                               :
                                      :
 6    IOENGINE, LLC,                  :
                                      :
 7            Defendant.
    ------------------------------------
 8    IOENGINE, LLC,
                                      :
 9            Counterclaim Plaintiff, :
      v                               :
10                                    :
    INGENICO INC., INGENICO CORP. and :
11    INGENICO GROUP SA,              :
                                      :    NO. 18-826-WCB
12            Counterclaim Defendants.

13                              - - -

14                        Wilmington, Delaware
                        Wednesday, July 13, 2022
15                       Jury Trial - Volume C

16                              - - -

17    BEFORE:    HONORABLE WILLIAM C. BRYSON, and a jury
                 United States Circuit Court Judge
18
                                - - -
19

20
      (Appearances in their entirety placed beginning on page 2)
21

22

23    Reported by:

24    Brian P. Gaffigan
      Registered Merit Reporter
25    Federal Certified Realtime Reporter
```

```
 1    APPEARANCES:

 2
              SMITH, KATZENSTEIN & JENKINS LLP
 3            BY:  NEAL C. BELGAM, ESQ., and
                   EVE H. ORMEROD, ESQ.
 4
                   and
 5
              DECHERT LLP
 6            BY:  NOAH M. LEIBOWITZ, ESQ.
              And, GREGORY T. CHUEBON, ESQ.
 7                 (New York, New York)

 8                 and

 9            DECHERT LLP
              BY:  DEREK J. BRADER, ESQ.,
10            And, LUKE M. REILLY, ESQ.
                   (Philadelphia, Pennsylvania)
11
                   and
12
              DECHERT LLP
13            BY:  MICHAEL H. JOSHI, ESQ.
                   (Mountain View, California)
14
                        Counsel on behalf of IOENGINE, LLC
15

16            RICHARDS, LAYTON & FINGER, P.A.
              BY:  FREDERICK L. COTTRELL, III, ESQ.
17            And, CHRISTINE DEALY HAYNES, ESQ.

18                 and

19            SUNSTEIN LLP
              BY:  KERRY L. TIMBERS, ESQ.
20                 JOEL L. LEEMAN, ESQ.
                   SHARONA H. STERNBERG, ESQ.
21            And, KEVIN R. MOSIER, ESQ.
                   (Boston, Massachusetts)
22
                        Counsel for Plaintiff Ingenico Inc.,
23                      Counterclaim Defendants Ingenico Corp.
                        and Ingenico Group S.A.
24

25
```

```
 1                         - oOo -

 2                      P R O C E E D I N G S

 3               (REPORTER'S NOTE:  The following jury trial was

 4   held in open court, beginning at 8:59 a.m.)

 5               THE COURT:  Where are we at this point?  Do you

 6   expect to rest your case?

 7               MS. STERNBERG:  Yes.  We have some videos and,

 8   well, Mr. Geier might come back for rebuttal at the end.

 9               THE COURT:  Right.  Understood.  Now, one thing

10   I neglected to -- I'll raise it when Mr. Liebowitz comes

11   back.  I -- something I neglected to do.

12               MR. TIMBERS:  I just wanted to raise an issue

13   with the jurors.  We noticed the line coming in, as Your

14   Honor knows, is quite long, and the jurors seem unclear

15   about how they can get in quickly.  We noticed some jurors

16   in the line today, and they are allowed to go around to the

17   fast lane and we might want to -- and there is also a side

18   door, I think, that they can use.

19               THE COURT:  Well, that's --

20               MR. TIMBERS:  I don't know.  I just noticed

21   jurors are in a long line.

22               (The Court and Deputy Clerk confer.)

23               THE COURT:  Ms. Grimes said they can't use the

24   side door.

25               MR. TIMBERS:  Oh, okay.
```

1  may have heard of, maybe you don't know what they are but I
2  didn't at the time either.
3  　　　　　But I started using that.  I thoroughly enjoyed
4  that part of it, the hands-on working with electronics and
5  that kit gave me sort of a lifelong passion for the hands-on
6  side of technology, actually implementing, building, you
7  know, making products.
8  　　Q.　So what kind of work experience do you have in
9  terms of communications systems, generally?
10 　　A.　My work experience, I have 35-40 years of
11 experience working with analyzing, designing and
12 implementing communications systems.
13 　　Q.　So what do you mean by a "communications
14 system"?
15 　　A.　A communication system is a system that is able
16 to transport data or information from one point to another
17 electronically.
18 　　Q.　So what experience have you had with portable
19 devices?
20 　　A.　Probably -- I have had a lot of experience with
21 portable devices with I'd say 100 different types of
22 portable devices.  Probably one that I really like to talk
23 about is -- it's in my CV.  I used to work for a company
24 called Monarch Marking Systems.  And Monarch Marking Systems
25 is actually, kind of interesting, was the maker of the very

1   first price marking equipment.  It was the late 1800s.
2           It was simply taking a piece of paper and
3   sticking a needle through it, through clothing but it was
4   done automatically so people wouldn't have to stick their
5   fingers in it, that sort of thing.
6           But, of course, I didn't work with the company
7   then.  I worked with the company starting around mid-1990s
8   but anyway, the portable devices I worked on at Monarch were
9   used for all sorts of applications.  One especially that I
10  did work on was called the Pathfinder.
11          The Pathfinder was a handheld device, a portable
12  device that had a processor that would run applications.  T
13  had a scanner built in so you could use that scanner.  You
14  might see in grocery scores and other places where they take
15  a scanner and they scan an item, the barcode on a product.
16  So it had a scanner.  There was a little keypad and display
17  on that product, very small.  It also communicated to --
18  through a network to servers.
19          So that was a type of portable device that's
20  sort of representative of the time of devices I worked on
21  through my career over the last, I'd say 30 years since
22  then.
23      Q.  What was that time frame that you worked at
24  Monarch?
25      A.  At Monarch, I started -- let me think just a

Geier - direct

1   minute.  I started there I believe in 1996 and I left there
2   in 2000.
3        Q.   And what experience have you had with databases?
4        A.   I'm sorry.  What was the question?
5        Q.   I'm sorry.  What experience have you had with
6   databases?
7        A.   Okay.  With databases, lots of experience.
8   Again, I've talked about the idea I had to do a lot of
9   hands-on work.  I have implemented many databases.  For
10  example, with Monarch, any of our applications that we sold
11  to various consumers like Wal-Mart and Best Buy, they needed
12  databases to store their price marking information.  Prices
13  that relate to different products.
14            We also sold inventory applications.  So I was
15  responsible then for not only designing but implementing, by
16  myself actually, developing the databases for those type of
17  applications.
18            Through my career -- I joined the military too
19  when I was younger and in my military career I also worked
20  with databases and overseeing the development of databases.
21       Q.   So what do you mean by "databases," just so
22  everybody understands what that means?
23       A.   Yes.  Probably important for the jury to
24  understand that because it certainly is part of one of the
25  claims here.

1          A database is an organized collection of records
2  and a database would typically be on a server which might be
3  a PC or maybe kind of a high-end PC, some sort of computer
4  that can serve up the data at whatever speed is needed based
5  on the size of the database.
6      Q.   And what experience have you had regarding
7  authentication of devices or verification of devices?
8      A.   Yeah.  Authentication which is -- it's basically
9  verification.  We might think of those as the same thing, at
10 least for our purposes here.  I worked a lot with that.  For
11 one I wrote a book on that.  I have a dozen books I have
12 written on communication systems but one of those books
13 deals with securing networks with what is called 802.1X type
14 of protocol.
15         Now, you don't have to remember that name.  It
16 maybe have been even -- had a lot of different acronyms to
17 learn but that -- 802.1X is a standard that's for --
18 provides a framework for doing authentication.  So I have
19 that book I have written, but I have worked on a lot of
20 projects where the idea was to authenticate portable devices
21 on the system to make sure that device is actually verified
22 to one particular server.
23         For example, at Monarch Marking Systems we would
24 authenticate/verify the Pathfinder when they connected to a
25 server to get important inventory data that might be on the

1 server, inside the database.

2     Q. In your view are the terms "authenticate" and
3 "verify" different or the same?

4     A. Well, verification is something done when you
5 authenticate. So the idea of verification would be to
6 confirm that something is what it is. When you walked in
7 this morning, you probably had to show your driver's
8 license, you are confirming who you are based on your name
9 and if there is a picture, there is some way of confirming
10 who you are.

11     Systems do that -- computer systems do that and
12 in kind of a similar way. You are confirming that a
13 particular device is the device that is represented by some
14 sort of name or identification.

15     Q. And what experience have you had with writing
16 software or using or writing software development kits?

17     A. Okay. That's a good question. I spent a lot of
18 time writing software during my career so I need to focus on
19 certain ones that maybe -- hopefully would be interesting.
20 But I have been writing software, first of all, for about
21 40, 45 years. I started a long time ago back when we had
22 Commodore 64s and those types of computers. I remember
23 writing lots and lots of software.

24     At Monarch Marking Systems I wrote the firmware
25 for that Pathfinder device. I designed the firmware myself

1   and there is a team that did the coding and writings of the

2   instructions, the software, but I wrote that software.

3              Also with the Pathfinder -- this is again

4   Monarch, mid-1990s, I was the one who architected the --

5   which APIs we would use.  You've heard that term,

6   application program interface, that APIs are generally

7   parts of an SDK, the software development kit.  I was the

8   one who designed those and then wrote the code to make

9   those interface with the Pathfinder and put the software

10  development kit together as something we could give to

11  customers.  So I have done that.

12             I have also done that with -- this firmware

13  development for probably 50 different products, different

14  companies I have worked with as a consultant.

15       Q.   And you mentioned that you wrote a book.  So how

16  many books have you written?

17       A.   I think I mentioned that earlier but I have

18  written, I believe -- it's around a dozen, I believe.  One

19  of my books has been translated, I believe, into 10 or 12

20  different languages.

21       Q.   And in this case, how much of your analysis was

22  done by you or by a team of people working for you?

23       A.   I do not have a team of people.  I work

24  independently, and I have for the past 22 years.

25             MS. STERNBERG:  Your Honor, at this time, I

1    Q.   Okay.  So let's, let's kind of dig into the
2  different -- the three different components and the three
3  different devices involved in these claims.
4    MS. STERNBERG:  And so if we could go to the
5  next slide.
6  BY MS. STERNBERG:
7    Q.   Let's start with the terminal as described in
8  the patent.  What is a "terminal" as far as the patent
9  claims?
10   A.   Yeah.  Terminal, as you can see in the images
11 there, could be a PC, just a general purpose computer.  It
12 could be a smartphone.  It could be a laptop.  It's some
13 type of device that is something that you can use that you
14 might even have at home that you could use for this
15 particular -- to be a terminal.
16   Q.   So back in the 2001, 2002, 2003 time frame, what
17 was known about kind of computers or terminals at that time?
18   A.   Well, they were very well known.  I remember
19 having a PC at home at that point.  They're used in offices.
20 They were very available.
21   Q.   Okay.  So let's talk next about the
22 "communications network node."  What is that as far as the
23 patent?
24   A.   Yeah.  What that is, is actually -- we have been
25 calling that a server.  Now there are some claims that have

1    a database element, that is where the database would be.
2    The communications network node is going to be -- it will
3    be, particularly here, a server that would be connected to
4    the network.
5         Q.   Okay.  And what is known about servers in the
6    early 2000s?
7         A.   They were very well known.  There are many
8    different types of servers at that point or before.  I was
9    working on applications that would interface the servers at
10   that point.
11        Q.   Okay.  And then let's talk about portable device
12   on the left.  So as far as the claims go, what it -- what
13   does it mean by "portable device"?
14        A.   Yes, portable device is something that you can
15   pick up and move around.  That's kind of what -- based on
16   portable.  You can see pictures of items here that would be
17   portable.  For example, a PDA device at the top left up
18   there.  It could be a phone that you see at the top right.
19   There is a DiskOnKey that is imaged there.  That is a type
20   of portable device.  A camera that is shown, a digital
21   camera could be a portable device.  Again these are items
22   that you can pick up and move around.
23        Q.   Okay.  So back in the early 2000s, what was
24   known about portable devices and particularly portable
25   devices with processors?

1      A.   Yeah.  Portable devices at that point had
2  processors.  All the ones that are shown in this picture
3  would have some sort of processor.  The portable devices I
4  worked on at -- 2001, I would have been a consultant then.
5  I worked on many projects that year and even before Monarch
6  Marking Systems in the mid '90s there were portable devices
7  that had processors.
8      Q.   So what does its mean to have a processor, I
9  guess?  Take a step back.
10     A.   That is probably a good idea.  "There were
11 processors" may not be quite as understandable maybe to --
12 although them you have learned a little bit about processors
13 since we started the trial here.
14          But a processor is sort of like the brains of
15 the device.  It's what going to be actually executing the
16 instructions that you write.  That's the software.  The
17 software would be instructions that are written.  The
18 processor is what is going to process those instructions.
19 So it's going to take the instructions one at a time and
20 perform whatever that instruction is supposed to be, what it
21 was intended to do.
22     Q.   And so back in the early 2000s, what was known
23 about the ways in which these three systems could
24 communicate with each other?
25     A.   A lot was known at that point.  At that point we

1  had ethernet, which was a type of networking technology.
2  There was -- even USB was available.  There was various ways
3  to interconnect these devices so they could communicate with
4  each other.  There was Internet connectivity.  We had ways
5  of communicating amongst -- with each other.  You might use
6  email, like AOL or something, AOL email to communicate with
7  each other.  There is ways of connecting various devices
8  together in a what would be called a network.
9       Q.   Okay.  So let's look at the claim language.
10           MS. STERNBERG:  Let's go to the next slide.
11  BY MS. STERNBERG:
12       Q.   Now we have in addition to the terminal
13  communications network node, and portable device we have
14  some highlights of program code.  So what, again, do the
15  three -- do the claims require that these devices actually
16  do?
17       A.   Okay.  That's actually contained or at least
18  named by the type of program code.  And this is really
19  important to understand.  What we're dealing with, program
20  code is actually software, those are instructions that are
21  telling the computer what to do.  So program code would be
22  the software/instructions, going to tell the computer what
23  to do.
24           But throughout the claims here, it's indicating
25  certain, I would say nuggets of software or nuggets of

1   talked about the idea of the DiskOnKey.  There is some other

2   references that I looked at for an obvious, obvious type of

3   deal.  Or that type of analysis.

4        Q.    Okay.  So what -- so if you think everything is

5   in the DiskOnKey, why do an obviousness analysis?

6        A.    Well, one part of that could be if the

7   DiskOnKey, if the software development kit is not considered

8   part of that device or application, one of ordinary skill in

9   the art would know it would be obvious to use it.

10       Q.    So that is step one of your obviousness

11  argument?

12       A.    Yes.

13       Q.    Okay.  And then what else did you consider for

14  an obviousness argument?

15       A.    I also looked at publications of Elazar, who we

16  saw speak today, earlier, a patent.

17            MS. STERNBERG:  Okay.  And if we could put up

18  DX-363.

19  BY MS. STERNBERG:

20       Q.    So do you recall that Mr. Elazar talked about

21  this patent application in his testimony?

22       A.    Yes, I believe he did.

23       Q.    What do you recall about his testimony?

24       A.    Yeah, that was just this morning.  He talked

25  about different ways to authenticate the device, you know,

1      related to his patent.
2           Q.   So when you are talking about combining the
3      DiskOnKey, like this patent, what part of this patent are
4      you combining it with?
5           A.   There were portions of this that dealt with
6      different ways to authenticate, talking about the DiskOnKey.
7                MS. STERNBERG:  So if we could move to page 3,
8      paragraph 34 of this.
9                Oh, sorry.  I think it's the PDF page 3.
10               Keep going.  After the figures.
11               So at the bottom of page 3 and then it's going
12     to go on to the next page as well.
13               THE WITNESS:  I'll probably need that enlarged.
14     I can't see that on my screen.
15               There we go.
16     BY MS. STERNBERG:
17          Q.   Okay.  And so what, what is this paragraph
18     discussing?
19          A.   Well, here he is talking about an authenticator
20     implemented in a DRM device.  That is his words, his phrase
21     for a portable device, so that would be the portable
22     device participates in a process of authenticating the DRM
23     device to a remote server over a network.  So then we have a
24     portable device authenticating the DRM device.
25               So whenever you see, it says authenticating a

1    particular device to a device, it means that here, the

2    services authenticating the device is making sure who it is,

3    who they say they are.

4              And then he is also talking about here an

5    authenticator being one of several methods of

6    authentication, including sending a device ID number.

7    Another thing here, he gives a description using an

8    encryption secret key, and it goes on and he talks about

9    other ways.

10        Q.   So in your view, what would one of ordinary

11   skill in the art understand from reading this?

12        A.   That there are ways to verify the device; in

13   other words, perform the authentication.

14        Q.   And why would someone of ordinary skill in the

15   art be motivated to combine this discussion with the

16   DiskOnKey?

17        A.   Because I believe that he's certainly one of

18   interest on the DiskOnKey, and I believe it's mentioned in

19   his patent there.

20        Q.   And so why would somebody be motivated, I guess,

21   to use authentication on a DiskOnKey?

22        A.   Well, it's the idea of security.  Security is

23   always something you need to be concerned about, especially

24   when moving data like that around, in a firmware case.

25             MS. STERNBERG:  Okay.  So if we can move on and