# EXHIBIT D

# UNREDACTED PUBLIC VERSION

**In the Matter Of:**

*IOENGINE vs*

*PAYPAL HOLDINGS*

---

*TELEPHONIC HEAREING*

*July 23, 2021*

---



Telephonic Hearing - July 23, 2021

```
                                    1
 1       IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF DELAWARE
 2
     IOENGINE, LLC,            )
 3                             )
       Plaintiff/Counterclaim  )   C.A. NO.
 4            Defendant,       )
                               )   18-452-WCB
 5   v.                        )
                               )
 6   PAYPAL HOLDINGS, INC.,    )
                               )
 7    Defendant/Counterclaim   )
              Plaintiff.       )
 8   --------------------------------------
     INGENICO, INC.,           )
 9                             )
              Plaintiff,       )   C.A. NO.
10                             )
     v.                        )   18-826-WCB
11                             )
     IOENGINE, LLC,            )
12                             )
              Defendant.       )
13   --------------------------------------
     IOENGINE, LLC,            )
14                             )
       Counterclaim Plaintiff, )
15                             )
     v.                        )
16                             )
     INGENICO, INC., INGENICO  )
17   CORP., and INGENICO S.A., )
                               )
18     Counterclaim Defendants.)
19
          TELEPHONIC HEARING BEFORE THE
20         HONORABLE WILLIAM C. BRYSON
21        TAKEN ON: FRIDAY, JULY 23, 2021
22             Lexitas Reporting
                1300 King Street
23          Wilmington, Delaware  19801
                 (302) 655-0477
24             www.lexitaslegal.com
```

```
                                    2
 1            Telephonic Hearing before
 2  The Honorable Judge William C. Bryson in
 3  the above matter with all participants
 4  attending telephonically, beginning at
 5  four p.m. on Friday, July 23, 2021,
 6  before Christina M. Vitale, Certified
 7  Court Reporter and Notary Public.
 8
    APPEARANCES:
 9
          NEAL C. BELGAM, ESQUIRE
10        SMITH KATZENSTEIN & JENKINS LLP
           1000 West Street, Suite 1501
11         Wilmington, Delaware  19801
12        OF COUNSEL:
13        NOAH M. LEIBOWITZ, ESQUIRE
          GREGORY T. CHUEBON, ESQUIRE
14        DECHERT LLP
            1095 Avenue of the Americas
15          New York, NY  10036
            Attorneys for Ioengine, LLC
16
          JACK B. BLUMENFELD, ESQUIRE
17        MORRIS NICHOLS ARSHT & TUNNELL LLP
            1201 N. Market Street, Suite 1800
18          Wilmington, Delaware  19801
19        OF COUNSEL:
20        JARED BOBROW, ESQUIRE
          TRAVIS JENSEN, ESQUIRE
21        ORRICK HERRINGTON & SUTCLIFFE LLP
            1000 Marsh Road
22          Menlo Park, CA  94025-1015
            Attorneys for Defendant PayPal
23          Holding, Inc.
24
```

```
                                    3
 1  APPEARANCES:  (Continued)
 2      FREDERICK L. COTTRELL, III, ESQUIRE
        CHRISTINE D. HAYNES, ESQUIRE
 3      RICHARDS LAYTON & FINGER, P.A.
          One Rodney Square
 4        920 North King Street
          Wilmington, Delaware  19801
 5
        OF COUNSEL:
 6
        KERRY L. TIMBERS, ESQUIRE
 7      SHARONA H. STERNBERG, ESQUIRE
        JOEL LEEMAN, ESQUIRE
 8      SUNSTEIN KANN MURPHY & TIMBERS LLP
          125 Summer Street
 9        Boston, MA  02110
          Attorneys for Plaintiff/
10        Counterclaim Defendant Ingenico,
          and Counterclaim Defendants
11        Ingenico Corp and Ingenico Group
          SA
12
13        - - - - - - - - - - - -
14
15
16
17
18
19
20
21
22
23
24
```

```
                                    4
 1          JUDGE BRYSON:  We are here,
 2  once again, on the dispute about
 3  scheduling and discovery.  So, Ioengine
 4  has proposed a change in the schedule to
 5  accommodate their request to add a new
 6  claim or at least add a new product to
 7  the infringement contentions and
 8  ultimately to be tried; and PayPal and
 9  Ingenico, as I understand their position,
10  do not oppose the addition of the
11  product, but want to have an extension
12  that is greater than the extension that
13  is proposed by Ioengine.
14          So, Mr. Leibowitz, you
15  started the ball rolling, I'll give you a
16  moment to lay out your position.  I have
17  some questions, but I can intersperse the
18  questions.  Why don't you tell me and
19  focus, if you will, when you address the
20  issues on where we are on discovery, that
21  is a major concern of mine at this point.
22          MR. LEIBOWITZ:  Yes, Your
23  Honor, thank you, this is Noah Leibowitz.
24  So, Your Honor, in terms of starting at
```

### 37

be some amount of time built in for that.
    JUDGE BRYSON: All right.
Okay, let me give you an opportunity
since I started right in with questioning
to make any comments that you would like
to make either generally or in response
to Mr. Leibowitz' comments.
    MR. JENSEN: Thank you, Your
Honor, and I think I can be fairly brief
on this. There is really kind of two
main points that I would like to
emphasize. One is the first one is that
all the parties, including Ioengine, are
proposing some form of modification to
the case schedule. In fact, I think
Ioengine has two proposals, one that we
just learned about when they filed their
paper yesterday, but nobody is here
saying let's leave everything alone.
    JUDGE BRYSON: There is one
interested party that is suggesting
that's a possibility and that's me.
    MR. JENSEN: Fair enough.
    JUDGE BRYSON: Let's keep

### 38

that on the table as a possibility, but
go ahead.
    MR. JENSEN: Okay. So, I
think once we are -- I think in
recognition of the fact that the parties
at least are all requesting some form of
scheduling relief the question there
becomes what dates to change and by how
much should the dates be changed and that
really --
    JUDGE BRYSON: Because the
question is still because I have very
much in mind the possibility of not
extending the question has to be added
whether we should extend the time. Just
the fact that the parties are all in
favor of an extension of time doesn't
mean you get one.
    MR. JENSEN: I think the
answer to that or my response to that is
really the second point I wanted to
raise, which is to talk about Zettle,
which I haven't had quite as much air
time as some of the other topics which I

### 39

don't think with the genesis of the
parties' requests, but to just to frame
things to Zettle a little bit to help
Your Honor sort of understand what is
this product, where did it come from.
    It's important to understand
that Zettle is not just an extension or
an evolution of the existing accused
PayPal Here products. Zettle was
independently developed by a European
company in Sweden some years ago. It
uses different hardware. It's supplied
by a different foreign manufacturer than
the manufacturers that have any current
involvement. It has got its own
independently developed app that is used
that is separate and different than the
PayPal Here app and it provides a
different consumer experience.
    From that perspective I
think Your Honor may have picked up on
the idea that this in some ways really is
a different product and if discovery had
closed three months ago under the old

### 40

schedule, then there would have had to
have been a second case that was filed to
bring accusations against Zettle.
Obviously, that's not what happened.
Discovery was extended. Ioengine served
its discovery requests on the deadline to
do so and they have made a decision to
try and add Zettle to the case and we
don't oppose that provided that there is
a realistic extension that is given.
    The extension that we are
proposing, which is I call it 90 days,
although some of the dates are actually
less than that even including the
discovery date, but adding Zettle to this
case providing a 90-day extension which
would I think address all the concerns
that we were talking about before having
to do with completing depositions, et
cetera, in the I'll call it the original
case as well as accounting for the launch
of Zettle is what makes the most sense.
    Ioengine will be able to go
to trial on both of those products