IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IOENGINE, LLC, | ) |
|           Plaintiff, | ) |
|     v. | ) C.A. No. 18-452 (WCB) |
| PAYPAL HOLDINGS, INC., | ) |
|           Defendant. | ) |

**PAYPAL'S MOTION FOR SUMMARY JUDGMENT OF INVALIDITY AND NONINFRINGEMENT BASED ON PRECLUSION**

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Defendant PayPal Holdings, Inc. ("PayPal") hereby move the Court for an order granting summary judgment that claim 114 of U.S. Pat. 9,774,703 (the "'703 patent") and claim 10 of U.S. Pat. 9,059,969 (the "'969 patent") are invalid and that the accused readers supplied by Ingenico do not infringe those claims. The grounds for this motion are set forth in PayPal's Opening Brief, filed herewith.

PayPal respectfully requests that the Court grant PayPal's Motion and enter the accompanying [Proposed] Order.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Brian P. Egan*

OF COUNSEL:

Jared Bobrow
Travis Jensen
Robert L. Uriarte
Jacob M. Heath
ORRICK, HERRINGTON
   & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025-1015
(650) 614-7400

Brian P. Egan (#6227)
Cameron P. Clark (#6647)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
began@morrisnichols.com
clark@morrisnichols.com

*Attorneys for Defendant*

Alyssa M. Caridis
ORRICK, HERRINGTON
    & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA  90017
(213) 629-2020

Tyler Miller
ORRICK, HERRINGTON
    & SUTCLIFFE LLP
51 West 52nd Street
New York, NY  10019
(212) 506-5000

August 18, 2025

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IOENGINE, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 18-452 (WCB) |
| | ) |
| PAYPAL HOLDINGS, INC., | ) |
| | ) |
| Defendant. | ) |

**[PROPOSED] ORDER**

The Court, having considered Defendant PayPal Holdings, Inc.'s Motion for Summary Judgment of Invalidity and Noninfringement Based on Preclusion and all submissions related thereto, determines that there is no genuine dispute of material fact that (1) Claim 114 of U.S. Pat. 9,774,703 and claim 10 of U.S. Pat. 9,059,969 are invalid, and (2) Claim 114 of U.S. Pat. 9,774,703 and claim 10 of U.S. Pat. 9,059,969 are not infringed by the accused readers supplied to PayPal by Ingenico. Accordingly,

IT IS HEREBY ORDERED this ____ day of _____, 2025 that:

1. The Motion is Granted;

2. Claim 114 of U.S. Pat. 9,774,703 and claim 10 of U.S. Pat. 9,059,969 are invalid; and

3. The accused readers supplied by Ingenico do not infringe claim 114 of U.S. Pat. 9,774,703 or claim 10 of U.S. Pat. 9,059,969.

_____
William C. Bryson
United States Circuit Judge

## CERTIFICATE OF SERVICE

I hereby certify that on August 18, 2025, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on August 18, 2025, upon the following in the manner indicated:

| | |
|---|---|
| Neal C. Belgam, Esquire<br>Daniel A. Taylor, Esquire<br>SMITH, KATZENSTEIN & JENKINS, LLP<br>1000 West Street, Suite 1501<br>Wilmington, DE  19801<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Noah M. Leibowitz, Esquire<br>Gregory T. Chuebon, Esquire<br>DECHERT LLP<br>Three Bryant Park<br>1095 Avenue of the Americas<br>New York, NY  10036-6797<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Luke M. Reilly, Esquire<br>Michael A. Fisher, Esquire<br>Judah Bellin, Esquire<br>DECHERT LLP<br>Cira Centre<br>2929 Arch Street<br>Philadelphia, PA  19104-2808<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Michael H. Joshi, Esquire<br>DECHERT LLP<br>3000 El Camino Real<br>Five Palo Alto Square, Suite 650<br>Palo Alto, CA  94306<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |

*/s/ Brian P. Egan*

Brian P. Egan (#6227)