IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IOENGINE, LLC, | ) |
|         Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 18-452 (WCB) |
| | ) |
| PAYPAL HOLDINGS, INC., | ) |
| | ) |
|         Defendant. | ) |

**STIPULATION AND ORDER STAYING ALL DEADLINES**

WHEREAS, the parties have reached an agreement in principle to resolve all matters in controversy; and

WHEREAS, the parties agree that a 30-day stay of all deadlines will preserve judicial and party resources and will allow the parties to finalize their agreement and prepare appropriate dismissal papers;

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that all case deadlines are stayed through October 2, 2025.

| | |
|---|---|
| SMITH, KATZENSTEIN & JENKINS LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| /s/ *Neal C. Belgam* | /s/ *Brian P. Egan* |
| Neal C. Belgam (# 2721)<br>1000 West Street, Suite 1501<br>Wilmington, DE 19801<br>(302) 652-8400<br>nbelgam@skjlaw.com | Brian P. Egan (#6227)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>began@morrisnichols.com |
| *Attorneys for IOENGINE, LLC* | *Attorneys for PayPal Holdings, Inc.* |
| OF COUNSEL: | OF COUNSEL: |
| Noah M. Leibowitz<br>Gregory T. Chuebon<br>DECHERT LLP<br>Three Bryant Park<br>1095 Avenue of the Americas<br>New York, NY 10036-6797<br>(212) 698-3500 | Jared Bobrow<br>Travis Jensen<br>Robert L. Uriarte<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>1000 Marsh Road<br>Menlo Park, CA 94025-1015<br>(650) 614-7400 |
| Derek J. Brader<br>DECHERT LLP<br>Cira Centre<br>2929 Arch Street<br>Philadelphia, PA 19104-2808<br>(215) 994-2000 | Alyssa M. Caridis<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>777 South Figueroa Street, Suite 3200<br>Los Angeles, CA 90017<br>(213) 629-2020 |

September 2, 2025

SO ORDERED this 3rd day of September, 2025.

_William C. Bryson_
William C. Bryson
United States Circuit Judge