IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IOENGINE, LLC, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 18-452 (WCB) |
| | ) | |
| PAYPAL HOLDINGS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATION AND [PROPOSED] ORDER STAYING ALL DEADLINES**

WHEREAS, on September 3, 2025 the Court stayed all deadlines through October 2, 2025 to allow the parties to finalize an agreement to resolve all matters in controversy;

WHEREAS, the parties have now reached a final agreement on settlement to resolve all matters in controversy; and

WHEREAS, the parties agree that an additional 15-day stay of all deadlines will preserve judicial and party resources and will allow the parties to execute the final agreement and prepare the appropriate dismissal papers;

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that all case deadlines are stayed through October 17, 2025.

SMITH, KATZENSTEIN & JENKINS LLP

/s/ Neal C. Belgam
_____
Neal C. Belgam (#2721)
1000 West Street, Suite 1501
Wilmington, DE  19801
(302) 652-8400
nbelgam@skjlaw.com

Attorneys for IOENGINE, LLC

OF COUNSEL:

Noah M. Leibowitz
Gregory T. Chuebon
DECHERT LLP
Three Bryant Park
1095 Avenue of the Americas
New York, NY  10036-6797
(212) 698-3500

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Brian P. Egan
_____
Brian P. Egan (#6227)
Cameron P. Clark (#6647)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
began@morrisnichols.com
clark@morrisnichols.com

Attorneys for PayPal Holdings, Inc.

OF COUNSEL:

Jared Bobrow
Travis Jensen
Robert L. Uriarte
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA  94025-1015
(650) 614-7400

Alyssa M. Caridis
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA  90017
(213) 629-2020

October 2, 2025

SO ORDERED this _____ day of October, 2025.

_____
Hon. William C. Bryson
United States Circuit Judge