IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IOENGINE, LLC, | ) |
|         Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 18-452 (WCB) |
| | ) |
| PAYPAL HOLDINGS, INC., | ) |
| | ) |
|         Defendant. | ) |

## STIPULATION AND ORDER STAYING ALL DEADLINES

WHEREAS, on September 3, 2025 the Court stayed all deadlines through October 2, 2025 to allow the parties to finalize an agreement to resolve all matters in controversy;

WHEREAS, the parties have now reached a final agreement on settlement to resolve all matters in controversy; and

WHEREAS, the parties agree that an additional 15-day stay of all deadlines will preserve judicial and party resources and will allow the parties to execute the final agreement and prepare the appropriate dismissal papers;

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that all case deadlines are stayed through October 17, 2025.

| | |
|---|---|
| SMITH, KATZENSTEIN & JENKINS LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| /s/ *Neal C. Belgam* | /s/ *Brian P. Egan* |
| Neal C. Belgam (#2721)<br>1000 West Street, Suite 1501<br>Wilmington, DE 19801<br>(302) 652-8400<br>nbelgam@skjlaw.com | Brian P. Egan (#6227)<br>Cameron P. Clark (#6647)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>began@morrisnichols.com<br>clark@morrisnichols.com |
| *Attorneys for IOENGINE, LLC* | |
| | *Attorneys for PayPal Holdings, Inc.* |
| OF COUNSEL:<br><br>Noah M. Leibowitz<br>Gregory T. Chuebon<br>DECHERT LLP<br>Three Bryant Park<br>1095 Avenue of the Americas<br>New York, NY 10036-6797<br>(212) 698-3500 | OF COUNSEL:<br><br>Jared Bobrow<br>Travis Jensen<br>Robert L. Uriarte<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>1000 Marsh Road<br>Menlo Park, CA 94025-1015<br>(650) 614-7400<br><br>Alyssa M. Caridis<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>777 South Figueroa Street, Suite 3200<br>Los Angeles, CA 90017<br>(213) 629-2020 |

October 2, 2025

    SO ORDERED this  2nd  day of October, 2025.

_____
WILLIAM C. BRYSON
UNITED STATES CIRCUIT JUDGE