IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IOENGINE, LLC,<br><br>      Plaintiff,<br><br>      v.<br><br>PAYPAL HOLDINGS, INC.<br><br>      Defendant. | Case No. 18-452 (WCB) |

## JOINT STIPULATION AND ORDER OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a), plaintiff IOENGINE, LLC and defendant PayPal Holdings, Inc., parties to this legal action, by and through their attorneys, hereby stipulate, subject to the Court's approval, that:

1.      All claims against defendant PayPal Holdings, Inc. are dismissed with prejudice;

2.      All counterclaims against IOENGINE, LLC are dismissed without prejudice; and

3.      Each party is to bear its own costs and attorneys' fees with respect to this legal action and the entry of this Stipulation and Order of Dismissal.

| | |
|---|---|
| SMITH, KATZENSTEIN & JENKINS LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| */s/ Daniel A. Taylor* | */s/ Brian P. Egan* |
| Neal C. Belgam (# 2721)<br>Daniel A. Taylor (#6934)<br>1000 N. West Street, Suite 1501<br>Wilmington, DE  19801<br>(302) 652-8400<br>nbelgam@skjlaw.com<br>dtaylor@skjlaw.com | Brian P. Egan (#6227)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899<br>(302) 658-9200<br>began@morrisnichols.com |
| *Attorneys for IOENGINE, LLC* | *Attorneys for PayPal Holdings, Inc.* |
| OF COUNSEL:<br><br>Noah M. Leibowitz<br>Gregory T. Chuebon<br>DECHERT LLP<br>Three Bryant Park<br>1095 Avenue of the Americas<br>New York, NY  10036-6797<br>(212) 698-3500 | OF COUNSEL:<br><br>Jared Bobrow<br>Travis Jensen<br>Robert L. Uriarte<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>1000 Marsh Road<br>Menlo Park, CA  94025-1015<br>(650) 614-7400<br><br>Alyssa M. Caridis<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>777 South Figueroa Street, Suite 3200<br>Los Angeles, CA  90017<br>(213) 629-2020 |

October 10, 2025

    SO ORDERED this <u>10th</u> day of October, 2025.

                                              WILLIAM C. BRYSON
                                              UNITED STATES CIRCUIT JUDGE